FRANKLIN BURT, Respondent, *v.* ABRAHAM QUACKENBUSH et al., Appellants.

*Burt* v. *Quackenbush,* 72 App. Div. 547, affirmed.
(Argued May 13, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*William J. Lippmann* for appellants.

*Sidney F. Rawson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOHN A. LANE, Respondent, *v.* MARGARET J. WINTER, Appellant.

*Lane* v. *Winter,* 64 App. Div. 625, affirmed.
(Argued May 13, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1901, affirming a judgment in favor of plaintiff entered upon a verdict.

*Walter Welch* for appellant.

*M. E. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: O'BRIEN, J.